UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
YANILZA GONZALEZ, *on behalf of herself and all* : 
*others similarly situated*, :
:
                       Plaintiff, :    23-CV-11099 (JMF)
:
            -v- :    <u>ORDER</u>
:
ARIZONA GIFTS, LLC, :
:
                       Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.  In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference.  To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.  To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: December 29, 2023
       New York, New York
                                                  JESSE M. FURMAN
                                             United States District Judge