UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YANILZA GONZALEZ,                                    Case No.: 1:23-cv-11099-JMF-JW

                                   Plaintiff,
                                                     **MOTION FOR**
                     -against-                       **DEFAULT JUDGMENT**


ARIZONA GIFTS, LLC,

                                   Defendant.
-----------------------------------------------------------------X

 **PLEASE TAKE NOTICE**, that the undersigned attorneys for plaintiff YANILZA

GONZALEZ (the "Plaintiff") hereby moves, at a date and time to be set by the Court, before the

Honorable Judge Jesse M. Furman,  at the courthouse for the Southern District of New York,

located at 40 Centre Street, Room 2202, New York, NY 10007, for an Order granting Plaintiff's

Motion for Default Judgment.

 **PLEASE TAKE FURTHER NOTICE**, that Plaintiff shall rely upon the accompanying

Affirmation in Support of the Motion, and the accompanying Exhibits.


Dated:  Jerich, New York
  April 23, 2024

                                          Respectfully submitted,

                                           */s/ Noor A. Saab*
                                          _____
                                          Noor A. Saab, Esq.
                                          The Law Office of Noor A. Saab
                                          *Attorney for Plaintiff*
                                          380 North Broadway, Penthouse West
                                          Jericho, New York 11753
                                          Email: NoorASaabLaw@Gmail.com


To: ARIZONA GIFTS, LLC
  1602 E Ludlow Dr.
  Phoenix, AZ 85022